O

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )
                                        )
12                  Plaintiff,          )        SA 09-165M
                                        )
13       v.                             )   ORDER OF DETENTION AFTER HEARING
                                        )        (18 U.S.C. § 3142(i))
14   JORGE VAZQUEZ AGUINIGA,            )
                                        )
15                  Defendant.          )
     _____)

16

17                                      I.

18   A. (  ) On motion of the Government involving an alleged

19       1. (  )  crime of violence;

20       2. (  )  offense with maximum sentence of life imprisonment or death;

21       3. (  )   narcotics or controlled substance offense with maximum sentence of ten or more years

22              (21 U.S.C. §§  801,/951, et. seq.,/955a);

23       4. (  )  felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

25       1. ( X )    serious risk defendant will flee;

26       2. (  )  serious risk defendant will

27          a. (  )   obstruct or attempt to obstruct justice;

28          b. (  )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. (x) the weight of evidence against the defendant;

C. (x) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:


B. (x )     History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.   He has no ties to the community and no bail resources.**


C. ( ) A serious risk exists that defendant will:

1. ( )   obstruct  or  attempt  to  obstruct  justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:


D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5   consultation with his counsel.

6

7

8   Dated: April 16, 2009

9

10                                                       Marc L. Goldman
                                                         U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**